RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2017 SEP -7 AM 9: 25

JAMES W. McCORMACK
BY:

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 0 7 2017

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:17-CV-574-BRW-BD

Jury Trial: ☒ Yes ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Michael Stacy
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge Wilson
and to Magistrate Judge Deere

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Dr. Garry Stewart
Position: Doctor at Faulkner Co Jail
Place of employment: Faulkner Co Jail
Address: 801 Locust St Conway, AR 72034

Name of defendant: Monte Munyan
Position: Nurse at Faulker Co Jail.

-4-

Place of employment: Faulkner Co Jail

Address: 801 Locust St, Conway, AR 72034

Name of defendant: Sheriff Tim Ryals

Position: Sheriff of Faulkner Co

Place of employment: Faulkner Co. 801 Locust St, Conway, AR 72034

Address: 801 Locust St, Conway, AR 72034

Name of defendant: Lt. Garry Andrew

Position: Lt. of unit 1

Place of employment: Faulkner Co. Jail

Address: 801 Locust St, Conway, AR 72034

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐     Court (if federal court, name the district; if state court, name the county):

_____

☐     Docket Number: _____

☐     Name of judge to whom case was assigned: _____

☐     Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐     Approximate date of filing lawsuit: _____

☐     Approximate date of disposition: _____

IV.     Place of present confinement: *Faulkner Co Jail, 801 Locust St, Conway, AR 72034*

V.     At the time of the alleged incident(s), were you:
(check appropriate blank)

✓     in jail and still awaiting trial on pending criminal charges

____     serving a sentence as a result of a judgment of conviction

____     in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI.     The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.     Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓     No ____

B.     Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

U.S. District Court,          9-2-17

    I Michael Alan Stacy, 10-5-72 Started passing Another Kidney stone on 8-25-17 I wrote A medical Request on the Keiosh Mechine on 8-28-17. I put it in on sick call on Monday-8-28-17. I was called to medical for A urine sample. And I was passing Alot of Blood..

    A urine sample does not help ease, nor stop the terrible pain of A passing Kidney stone.. I have passed many Stone's and the Nurses and Doctor's at the E.R.'s, Hospital's. Compare The pain of A passing Kidney Stone to A woman giving birth and being in labor with A child.. The hospitals will give you the strongest pain shot that they have for A passing Kidney Stone..

    One nurse that I talked to have Has done both, Passed A Kidney stone and given birth to 2 Kids..

    Her statement to me. Is that She would rather give birth to A child than pass another Kidney Stone..

It is now 9-2-17 and I asked all week to go to the E.R. for A cat-scan and to get Flowmax, 0.4 mg to help pass the stone, Something for my pain, and Some antibodic's to stop the cuts in the Kidney tube from getting infected.

However I saw the Dr. Garry Stewart here Tursday 8-31-17 who does very little to help people here, and from his inadequate medical care here.. I have already watched one person die here. Dr. Stewart only gave me Moxicilian 500 for An antibodic which is not the kind of antibodic's that is used for A Kidney tube being cut up by A Kidney Stone.. moxicilian is more used for A sinus infection. Which will not even clear up A sinus infection for me..

If this County Can not afford to house their inmates and pay for the medication that the inmate's need or give them pain medication,. Instead of making the inmate's suffer in pain.

Then this county needs to medically O.R. The people that's in medical need. Not, let people set here in pain or Die.

3. I have also asked for many of my grievance's and Appeal's back, and They don't and Won't send them back to me..

So I can't use them against them on A law suit.

I have also asked for A MRI for my right shoulder that is messed up. Back on 12-3-16 When Guard Randle Bryant & Lt. Andrew got me ganged up on and Jumped.

My Shoulder is messed up after 10 months and they won't try to help me here what so ever when the Faulkner Co guards have got me and other's ganged up on and Jumped. Broken Bone's + messed up body parts Case # 4:17-cv-00093. The reason that I brought this case up is to show the inadequate medical care that I have been dealing with for the last 11 months.

If I tell Lt. Andrew about my pain + suffering. Lt. Andrew or anyone can order A corporal. to take me or any inmate's. to the E.R./Hospital.

4.

Its been 11 days now and I still hurt and the Stone has not passed.

And still, No help from Faulkner Co. Officer's, Guard's, Nurse, Doctor or anyone at this County Jail..

Its not them hurting or passing A Kidney Stone, So why should they care?

Also I do have grievance's + appeal's on their Keiosh mechine here,.

So hopefully they won't some how disappear..

Thank you.

Yes ✓    No ___

If not, why? The grievances, And Appeals were Filed on the Keiosh mechain on, 8-25-17 + 8-27-17

VII. Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I have asked to go to the E.R. A few time's for A passing Kidney Stone, I have been asking For over A week. I have been in Alot of Pain dew to the passing stone and the Dr, nurse, Lt, sheriff, captian, or no one has made no effort to do anything about the Pain + suffering that I have been dealing with on A Daily Bases. This is the 3rd Stone that I have passed while in Faulkner County's custody. I have passed lots of blood this week in my urine.

-7-

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Sue For Inadequate medical Care, + Pain and Suffering.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this __3__ day of __Sep__, 20__17__.

*Michael Stacy*

Signature(s) of plaintiff(s)

-8-