IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL STACY                                                                                    PLAINTIFF

VS.                                        4:17-CV-574-BRW-BD

GARRY STEWART, *ET AL.*                                                                DEFENDANTS

## ORDER

I have received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Stacy's timely objections, as well as a *de novo* review of the record, I approve and adopt the Recommendation (Doc. No. 39) in all respects.

Defendants' Motion for Summary Judgment (Doc. No. 33) is GRANTED. Mr. Stacy's claims against Defendants Ryals, Andrews, Stewart, and Munyan are DISMISSED, with prejudice. Mr. Stacy's lawsuit is DISMISSED, with prejudice.

IT IS SO ORDERED, this 24th day of July, 2018.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE