# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MICHAEL STACY**                                                                 **PLAINTIFF**

**VS.**                                     **4:17-CV-574-BRW-BD**

**GARRY STEWART,** *ET AL.*                                                  **DEFENDANTS**

## JUDGMENT

Based on the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 24th day of July, 2018.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE